138460

# UNITED STATES DISTRICT COURT
District of Minnesota
Clerk's Office, 708 Federal Building,
316 North Robert St., St. Paul, MN 55101, Phone:(651)848-1100

## PETITION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-CV-909(DSD)(JMM) **Case Title:** Jill Janette Griffiths v. Jack Morton Worldwide, Inc.

**Affidavit of Movant**

I, Joseph T. Dixon, Jr. an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Amy J. Beech, an attorney admitted to practice in the Northern, Southern ~~Eastern & Western~~ District of New York, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Jack Morton Worldwide in the case(s) listed above. I am aware that the local rules of this court require that I participate in the presentation of the case(s) listed above, and that I accept service of all papers served.

Signature: Joseph T. Dixon
MN Attorney License #: 23139
Date: 10/2/01

**Affidavit of Proposed Admittee**

I, Amy J. Beech, am currently a member in good standing of the U.S. District Court for the Northern, Southern ~~Eastern & Western~~ District of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Amy J. Beech
Signature: Amy J. Beech
Date: 10/2/01

Attorney License Number: NY

Law Firm Name & Address: Epstein Becker & Green, P.C.
250 Park Avenue
New York, NY 10177

Telephone: (212) 351-4500

Motion Granted: [signature]
For the Court: Francis E. Dosal, Clerk
Date: 10.2.01

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

(14)

FILED 10.2.01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK VEM