UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JILL JANETTE GRIFFITHS,

Plaintiff,

– against –

JACK MORTON WORLDWIDE, INC.,

Defendant.

Case No.: 01-CV-909
(DSD) (JMM)

STIPULATION AND ORDER

Counsel for defendant, Jack Morton Worldwide, Inc., hereby stipulates on behalf of defendant, at the suggestion of Magistrate Judge Mason that plaintiff may file with the court the Amended Complaint proposed by her Motion to Amend the Complaint, without prejudice to defendant's right to make a motion to dismiss the Amended Complaint in whole or in part, motion pursuant to Rule 11, or any other motion which addresses the Amended Complaint.

Dated: New York, New York
October 16, 2001

Respectfully submitted,

EPSTEIN BECKER & GREEN, P.C.

By: Amy J. Beech /JJA.
Amy J. Beech
250 Park Avenue
New York, New York 10177-0077
Telephone: 212-351-4500

and

NY:94556.1

FILED OCT 19 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________

Joseph T. Dixon, Jr., 23139
Timothy Mulrooney, 0250041
HENSON & EFRON, P.A.
400 Second Avenue South, Suite 1200
Minneapolis, MN 55401
(612) 399-2500

By: Joseph T. Dixon Jr.

Attorneys for Defendant
Jack Morton Worldwide, Inc.

So Ordered

10/18/01

John M. Mason