UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JILL JANETTE GRIFFITHS,

Plaintiff,

v.

JACK MORTON WORLDWIDE, INC.,

Defendant.

CIVIL NO. 01-909 (DSD/JMM)

ORDER

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge John M. Mason dated January 24, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss [Docket No. 26] is granted as to Count IV of the Amended Complaint (Violation of Family Medical Leave Act), and denied in all other respects.

Dated: 2/13/02

DAVID S. DOTY
United States District Court Judge

FILED 2-14-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK