**UNITED STATES DISTRICT COURT**
DISTRICT OF MINNESOTA
Clerk's Office, 700 Federal Building
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-CV-909 (DSD) (JMM)

Case Title: Jill Janette Griffiths v. Jack Morton Worldwide, Inc.

Affidavit of Movant

I, Joseph T. Dixon, Jr., an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac Susan Rose Matluck, an attorney admitted to practice in the U.S. District Court for the Eastern and southern Districts of New York, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant Jack Morton Worldwide, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Joseph T. Dixon
Signature

23139
MN Attorney License #

Feb. 25, 2002
Date

Affidavit of Proposed Admittee

I, Susan Rose Matluck, am currently a member in good standing of the U.S. District Court, Eastern and Southern Districts of New York, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Susan Rose Matluck
Type/Print Name

Signature

Feb. 20, 2002
Date

Attorney License Number:

Law Firm Name & Address: EPSTEIN BECKER & GREEN, P.C.
250 Park Avenue
New York, NY 10177-0077

Telephone: 212-351-4500

Motion Granted:
For the Court: Richard D. Sletten, Clerk

FEB 28 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

173545.WPD

FILED FEB 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK