**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Jill Janette Griffiths,**

**Case No. 01-CV-909 (DSD/SRN)**

**Plaintiff,**

**v.**

**ORDER**

**Jack Morton Worldwide, Inc.,**

**Defendant.**

---

Diane M. Odeen, Esq., on behalf of Plaintiff.

Joseph T. Dixon Esq. and Susan R. Matluck, Esq., on behalf of Defendant.

---

SUSAN RICHARD NELSON, United States Magistrate Judge

On July 15, 2002, the Court received the parties' joint request to stay the present case pending their August 22, 2002 mediation. The parties state that they hope to resolve the present case through this mediation, and wish to avoid incurring additional fees and costs while participating in it. Thus, they ask that the present case be stayed until September 6, 2002. This request is consistent with the goal of securing a speedy and inexpensive determination of the present action. Therefore, the Court stays the present case until September 6, 2002.

Dated: July 17, 2002

SUSAN RICHARD NELSON
United States Magistrate Judge

JUL 1 7 200
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK