ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| JILL JANETTE GRIFFITHS, Plaintiff, - against - JACK MORTON WORLDWIDE, INC. Defendant. | Case No. 01-CV-0-909 (DSD) (~~JMM~~ SRN) |
| | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, counsel for the parties herein, subject to the approval of the Court, as follows:

1. All claims presented in the Complaint and the Amended Complaint herein shall be and hereby are dismissed with prejudice as to all parties, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure; and.

2. Each party shall bear her or its own costs and attorneys' fees.

Dated: November 27, 2002

NICHOLS KASTER & ANDERSON, PLLP

By: ______________________
James H. Kaster
4644 IDS Center
80 South 8th Street
Minneapolis, Minnesota 55402-2113
Attorneys for Plaintiff
Jill Janette Griffiths

EPSTEIN BECKER & GREEN, P.C.

By: ______________________
Susan R. Matluck
250 Park Avenue
New York, New York 10177-0077
(212) 351-4500
Attorneys for Defendant
Jack Morton Worldwide, Inc.

HENSON & EFRON, P.A.

By: ______________________
Joseph T. Dixon (23139)
220 South Sixth Street, Suite 1800
Minneapolis, Minnesota 55402-4503
Attorneys for Defendant
Jack Morton Worldwide, Inc.

SO ORDERED:

______________________
U.S.D.J.
12/10/02

NY:124767.2

FILED 12-11-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________